United States Bankruptcy Court
Western District of Washington at Seattle

In RE:  
                                                                       Chapter 13 Case # 14-16104

Jerald Jerome Anderson  
Marie Antonio Anderson  
27766 257Th Ave Se  
Maple Valley,Wa 98038-2030

        Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
March 10, 2015

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

                                                K. Michael Fitzgerald  
                                                Chapter 13 Trustee

Chapter 13 Case No. 14-16104

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Cash Call<br>1600 S Douglass Rd<br>Anaheim,CA 92806-5948 | $0.00<br>Clm#: 6<br>Level: 98 | Y - Notice Only<br><br>Comm: Resurgent Capital<br>Acct # |
| Cashcall Inc.<br>Po Box 91121<br>Seattle,WA 98111-9221 | $0.00<br>Clm#: 7<br>Level: 98 | Y - Notice Only<br><br>Comm: Resurgent Capital<br>Acct # |
| Citibank Na<br>The Student Loan California<br>Student Aid<br>Po Box 419041<br>Rancho Cordova,CA 95741-9041 | $0.00<br>Clm#: 10<br>Level: 98 | Y - Notice Only<br><br>Comm: ECMC<br>Acct # |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101 | $210.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br>@ $210.00 Per Month<br>Comm:<br>Acct # |
| Ecmc<br>Lock Box 8682<br>Po Box 16478<br>St Paul,MN 55116-0478 | $39,979.35<br>Clm#: 14<br>Level: 40<br>217779 | U - Unsecured<br><br>Comm: Student Loan<br>Acct # 4522 |

| Creditor | Amount / Claim | Type / Comments |
|---|---|---|
| Franchise Tax Board<br>Po Box 2952<br>Sacramento,CA 95812-2952 | $218.39<br>Clm#: 38<br>Level: 40<br>514679 | U - Unsecured<br><br>Comm:<br>Acct # 4522 |
| Imaging Partners At Valley, Llc<br>Po Box 24235<br>Federal Way,WA 98093-1235 | $0.00<br>Clm#: 20<br>Level: 98 | Y - Notice Only<br><br>Comm: Merchants Credit<br>Acct # |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 19<br>Level: 98<br>Corr Only | Y - Notice Only<br><br>Comm:<br>Acct # |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101 | $15,769.67<br>Clm#: 53<br>Level: 40<br>Pmts Go To | U - Unsecured<br><br>Comm: I02~06/Penalty<br>Acct # x3074/x4522 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101 | $7,261.22<br>Clm#: 50<br>Level: 32<br>Pmts Go To | M - Irs<br><br>Comm: I09,10<br>Acct # x3074 |
| Kelly M Wittner<br>Kent & Wittner Ps<br>6706 24Th St W Suite A<br>Tacoma,WA 98466 | $0.00<br>Clm#: 46<br>Level: 9 | Q - Additional Attorney Fee<br><br>Comm:<br>Acct # |
| King County Assessor<br>201 S Jackson St Ste 706<br>Seattle,WA 98104-3854 | $0.00<br>Clm#: 22<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # |
| King County Water Treatment<br>201 S Jackson St<br>Seattle,WA 98104-3854 | $0.00<br>Clm#: 23<br>Level: 16 | = - Other Secured Delq<br>@ $122.00 Per Month<br>Comm: Services<br>Acct # |
| Lvnv Funding<br>Po Box 10497<br>Greenville,SC 29603-0497 | $0.00<br>Clm#: 51<br>Level: 98 | Y - Notice Only<br><br>Comm: Resurgent Capital<br>Acct # |
| Maple Ridge Highlands Assn<br>C/O Law Offices Of James L. Strichartz<br>201 Queen Anne Ave N Ste 400<br>Seattle,WA 98109-4824 | $0.00<br>Clm#: 26<br>Level: 98 | Y - Notice Only<br><br>Comm: Maple Ridge HOA<br>Acct # |

| Creditor | Amount | Status |
|---|---|---|
| Maple Ridge Hoa<br>C/O Windermere Property Management<br>13106 Se 240Th St Ste 200<br>Kent,WA 98031-9212 | $0.00<br>Clm#: 25<br>Level: 8 | Continuing Debt    T<br>@ $52.00 Per Month<br>Comm: Residence/HOA Dues<br>Acct # FILE T  L-0 |
| Maple Ridge Hoa<br>C/O Windermere Property Management<br>13106 Se 240Th St Ste 200<br>Kent,WA 98031-9212 | $0.00<br>Clm#: 48<br>Level: 16 | = - Other Secured Delq<br><br>Comm: SEE Merchant Cr #57<br>Acct # Dlq~1Q14 |
| Merchants Credit<br>Po Box 7416<br>Bellevue,WA 98008 | $6,468.98<br>Clm#: 57<br>Level: 40<br>010180 | U - Unsecured<br><br>Comm: Maple Ridge HOA~1Q14/Paclbs/Im<br>Acct # P0562080LGL/Vlly Clin/Vntg Rad |
| Merchants Credit<br>2245 152Nd Ne<br>Redmond,WA 98052-5519 | $9.38<br>Clm#: 54<br>Level: 40 | U - Unsecured<br><br>Comm: Paclab<br>Acct # P0562080PAC |
| Merchants Credit<br>2245 152Nd Ne<br>Redmond,WA 98052-5519 | $143.72<br>Clm#: 55<br>Level: 40 | U - Unsecured<br><br>Comm: Valley Medical Center<br>Acct # P0562080VGH |
| Merchants Credit<br>2245 152Nd Ne<br>Redmond,WA 98052-5519 | $35.81<br>Clm#: 27<br>Level: 40 | U - Unsecured<br><br>Comm: Vantage Radiology<br>Acct # P0562080VRI |
| Merchants Credit<br>Po Box 7416<br>Bellevue,WA 98008-1416 | $0.00<br>Clm#: 28<br>Level: 98 | Y - Notice Only<br><br>Comm: Maple Ridge HOA<br>Acct # CTO 12-11-14 Lien Voided |
| Monterey County Employees Credit Union<br>20 W Market St<br>Salinas,CA 93901-2641 | $0.00<br>Clm#: 30<br>Level: 98 | Y - Notice Only<br><br>Comm:<br>Acct # |
| National Credit Services Inc<br>Po Box 3002<br>Woodinville,WA 98072 | $1,655.00<br>Clm#: 31<br>Level: 40<br>196431 | U - Unsecured<br><br>Comm: Express Financial<br>Acct # 210106 |
| Nationstar Mortgage Llc<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville,TX 75067 | $49,079.66<br>Clm#: 32<br>Level: 40 | U - Unsecured<br><br>Comm: 27766 257th Ave SE<br>Acct # 2341/Adversary 14-01342 CTO 10-6 |

| Creditor | Amount | Claim Info | Status | Comments |
|---|---|---|---|---|
| Nationstar Mortgage Llc<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville,TX 75067 | $0.00<br>Clm#: 49<br>Level: 98 | | Paid Outside   O | Comm: 1st mrtg/27766 257th Ave SE<br>Acct # x2340 |
| Paclab<br>Po Box 2670<br>Spokane,WA 99220-2670 | $0.00<br>Clm#: 34<br>Level: 98 | | Y - Notice Only | Comm: Merchants Credit<br>Acct # |
| Premier Bankcard/Charter<br>Po Box 2208<br>Vacaville,CA 95696 | $709.67<br>Clm#: 16<br>Level: 40 | | U - Unsecured | Comm:<br>Acct # 9132 |
| Puget Sound Collection<br>Po Box 66995<br>Tacoma,WA 98464 | $53.90<br>Clm#: 33<br>Level: 40<br>010706 | | U - Unsecured | Comm: Multicare<br>Acct # 4027532 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603 | $1,223.85<br>Clm#: 11<br>Level: 40 | | U - Unsecured | Comm: Credit One<br>Acct # 5536 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603 | $5,385.37<br>Clm#: 24<br>Level: 40 | | U - Unsecured | Comm: Cash Call<br>Acct # 7525 |
| Seattle Municipal Court<br>600 5Th Ave<br>Po Box 34987<br>Seattle,WA 98124 | $64.00<br>Clm#: 56<br>Level: 40<br>024371 | | U - Unsecured | Comm: not orig listed<br>Acct # |
| Soos Creek Water And Sewer<br>Po Box 58039<br>Renton,WA 98058-1039 | $0.00<br>Clm#: 37<br>Level: 16 | | = - Other Secured Delq<br>@ $56.00 Per Month | Comm: Sewer Charges<br>Acct # |
| Vantage Radiology & Diagnostic Svcs<br>Po Box 26730<br>Federal Way,WA 98093-3730 | $0.00<br>Clm#: 43<br>Level: 98 | | Y - Notice Only | Comm: Merchants Credit<br>Acct # |
| Volkswagen Credit<br>Po Box 5215<br>Carol Stream,IL 60197-5215 | $0.00<br>Clm#: 52<br>Level: 98 | | Paid Outside   O | Comm: 14 VW Passat/Lease<br>Acct # x0290/VIN 1VWBTZA3XEC067242 |
| Vw Credit Inc<br>Po Box 610353<br>Dallas,TX 75261 | $0.00<br>Clm#: 44<br>Level: 98 | | Paid Outside   O | Comm: 14 VW Jetta/Lease/RFS CONT 2-26<br>Acct # x9012/VIN 3VWD17AJ2EM253126 |

**Total Claimed Amount:   $128,267.97**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

| | |
|---|---|
| March 10, 2015 | K. Michael Fitzgerald, Trustee |
| CC: Kelly M Wittner | Chapter 13 Bankruptcy Trustee |
| Kent & Wittner Ps | 600 University St. #2200 |
| 6706 24Th St W Suite A | Seattle,WA 98101 |
| Tacoma,WA 98466 | www.seattlech13.com |
| | Phone: (206) 624-5124 |
| | Fax:(206) 624-5282 |